**STATE of Missouri, Respondent,**

v.

**Christopher Leverne JONES, Appellant.**

**WD 80112**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 21, 2017

Robert J. Bartholomew, Jr., Jefferson City, MO, for respondent.

Christian Lehmberg, Columbia, MO, for appellant.

Before Division One: Cynthia L. Martin, Presiding Judge, James E. Welsh, Judge and Karen King Mitchell, Judge

## ORDER

Per curiam:

Christopher Jones appeals his conviction of receiving stolen property following a jury trial. Jones argues that the trial court erred in overruling his motion for judgment of acquittal because there was insufficient evidence to establish beyond a reasonable doubt that he intended to permanently deprive Walmart of stolen items. Finding no error, we affirm. Rule 30.25(b).